# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE R. NAYLOR, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1437 |
| v. | : | (MANNION, D.J.) |
| NANCY A. BERRYHILL,[1]<br>Commissioner of Social Security, | : | (MEHALCHICK, M.J.) |
| | : | |
| Defendant | | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Mehalchick, **(Doc. 19)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commission denying her claims for DIB and SSI benefits, **(Doc. 1)**, is **DENIED** and the Commissioner's decision is **AFFIRMED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 1, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1437-01-ORDER.wpd

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this suit.